UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No.: 3:15-cr-141-TAV-DCP-1 |
| CLARENCE LEE MCDOWELL, | ) |
| Defendant. | ) |

# ORDER

This criminal matter is before the Court on the Report and Recommendation ("R&R") entered by United States Magistrate Judge Debra C. Poplin on January 26, 2024 [Doc. 70], recommending that the Court grant the government's Motion to Dismiss the Third-Party Petition [Doc. 67] and dismiss the Petition [Doc. 58] and Amended Petition [Doc. 66] by Clifford M. Reynolds without a hearing. There have been no timely objections filed to the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b)(2).

After carefully reviewing the matter, the Court fully agrees with Judge Poplin's recommendation and reasoning, which the Court adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 70]. The government's Motion to Dismiss the Third-Party Petition [Doc. 67] is therefore **GRANTED** and the Petition [Doc. 58] and Amended Petition [Doc. 66] are hereby **DISMISSED without a hearing**.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE